FILED: August 3, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6800
(3:22-cv-00358-HEH-EWH)
_____

JAMAR PAXTON, JR.

  Plaintiff - Appellant

v.

RICHMOND CITY JUSTICE CENTER

  Defendant - Appellee

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk